**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10078 |
| Plaintiff - Appellee, | D.C. No. 3:12-cr-00213-RS |
| v. | |
| GENARO GASCA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Northern District of California
Richard Seeborg, District Judge, Presiding

Submitted February 18, 2014[**]

Before:    ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

Genaro Gasca appeals from the district court's judgment and challenges his

guilty-plea conviction and 70-month sentence for two counts of use of a

communications facility to facilitate a drug trafficking crime, in violation of 21

U.S.C. § 843(b).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Gasca's

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Gasca has filed a pro se supplemental brief, and the government has filed an answering brief.

The government urges dismissal of this appeal as untimely. Gasca filed a pro se notice of appeal over seven months after the district court entered judgment. Accordingly, we dismiss the appeal. *See* Fed. R. App. P. 4(b)(1)(A)(i); *United States v. Sadler*, 480 F.3d 932, 942 (9th Cir. 2007) (when the government objects to the untimely filing of a notice of appeal, dismissal is mandatory).[1]

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

[1] In light of this determination, we need not and do not address the appeal waiver issue.